UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** | Case No. 05-35189-H4-7 |
| **Timothy Gonzales** | |
| **Jennifer Gonzales** | Chapter 7 |
| Debtor(s). | **APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a)** |

The undersigned trustee reports:

___  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X    More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated  10/21/11                                     /s/ Ronald J. Sommers
                                                                Ronald J. Sommers
                                                                2800 POST OAK BLVD 61st Floor
                                                                Houston, TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas 77002 via electronic transmission (ECF), on this 21st day of October, 2011.

                                                                /s/Ronald J. Sommers
                                                                Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

__       Small Dividends

XX       Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Academy Collection – Chase Manhattan<br>10965 Decatur Rd.<br>Philadelphia, PA 19154-3210 | 3 | $5,384.82 |
| Finova<br>4800 N. Scottsdale Rd.<br>Scottsdale, AZ 85251-7123 | 7 | $14,394.71 |
| Memorial Hermann Hospital<br>POB 203197<br>Houston, TX 77216-3197 | 8 | $1,097.60 |
| NCO Financial Systems – Capital One<br>507 Prudential Rd.<br>Horsham, PA 19044 | 10 | $2,253.97 |
| Providian<br>POB 660433<br>Dallas, TX 75266-0433 | 11 | $6,003.79 |
| Wells Fargo Card Services<br>POB 30086<br>Los Angeles, CA 90030-0086 | 14 | $11,029.94 |
| **TOTAL:** | | **$40,164.83** |